

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00539-CR

Jesus **PEÑA-FLORES**, III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 21-04-0179-CRA
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS[1]

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 20, 2024.

_____
Patricia O. Alvarez, Justice

---

[1] concurring in the judgment